MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
MARK R. CONRAD (CSBN 255667)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7025
    Fax: (415) 436-6748
    mark.conrad@usdoj.gov

Attorneys for Defendants

Scott J. Yundt (CSBN 242595)
TRI-VALLEY CARES
2582 Old First Street
Livermore, California 94550
Telephone: (925) 443-7148
Fax: (925) 442-0177
Email: scott@trivalleycares.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRI-VALLEY CARES, | CASE NO. C 13-02596 EDL |
| Plaintiff, | **STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE AND FURTHER EXTENDING TIME FOR FEDERAL DEFENDANTS TO RESPOND TO COMPLAINT** |
| v. | |
| UNITED STATES DEPARTMENT OF ENERGY, et al., | |
| Defendants. | |

STIP RE CMC AND TIME TO RESPOND TO COMPL
Case No. C 13-02596 EDL

1  WHEREAS, on June 7, 2013, Plaintiff Tri-Valley CARES ("Plaintiff") filed its complaint in the
2  above-captioned matter against Defendant United States Department of Energy ("DOE") and Defendant
3  National Nuclear Security Administration ("NNSA") in connection with alleged violations of the
4  Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *see* Dkt. No. 1;

5  WHEREAS, since the filing of the Complaint, Defendants have furnished partial or complete
6  responses to each of the FOIA requests referenced in the Complaint and are continuing to review, redact,
7  and produce documents in response to certain of these requests;

8  WHEREAS, the parties have previously stipulated to extend the deadline for Defendants to
9  respond to the Complaint in this matter, and Defendants have not yet answered the Complaint, *see* Dkt.
10 Nos. 11 & 14;

11 WHEREAS, on September 3, 2013, an initial case management conference was held in this
12 matter, at which time the Court continued the hearing for approximately sixty (60) days until November
13 19, 2013, so that Defendants could continue their review and production of documents related to
14 Plaintiff's requests, *see* Dkt. No. 16;

15 WHEREAS, on November 12, 2013, pursuant to the stipulation of the parties, the Court again
16 continued the initial case management conference for approximately sixty (60) days until January 28,
17 2014, so that Defendants could continue their review and production of documents related to Plaintiff's
18 requests, *see* Dkt. No. 18;

19 WHEREAS, in light of the volume and sensitivity of the documents called for by the five FOIA
20 requests referenced in the Complaint, undersigned counsel for Plaintiff and Defendants are engaged in
21 ongoing meet-and-confer discussions about Defendants' responses to the FOIA requests and are seeking
22 to minimize the issues that will need to be decided by the Court;

23 NOW, THEREFORE, in light of the parties' ongoing meet-and-confer efforts, and pursuant to
24 Civil L.R. 6-1(a), Plaintiff and Defendants stipulate that the Case Management Conference scheduled
25 for January 28, 2014, shall be continued until April 1, 2014, at 10:00 a.m., and that the deadline
26 //
27 //
28 //

STIP RE CMC AND TIME TO RESPOND TO COMPL    - 1 -
Case No. C 13-2596 EDL

for Defendants to respond to the Complaint in this matter shall be, and hereby is, extended until and including April 8, 2014.

IT IS SO STIPULATED.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: January 21, 2014 | MELINDA HAAG<br>United States Attorney |
|  | */s/ Mark R. Conrad*<br>MARK R. CONRAD<br>Assistant United States Attorney |
| DATED: January 21, 2014 | TRI-VALLEY CARES |
|  | */s/ Scott J. Yundt*<br>SCOTT J. YUNDT<br>Attorney for Plaintiff |

Pursuant to the stipulation of the parties, the Case Management Conference scheduled in this matter for January 28, 2014, is hereby CONTINUED until April 1, 2014, at 10:00 a.m. The deadline for Defendants to respond to the Complaint is EXTENDED until and including April 8, 2014.

**IT IS SO ORDERED.**

DATED: 1/21/14

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

STIP RE CMC AND TIME TO RESPOND TO COMPL    - 2 -
Case No. C 13-2596 EDL