1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  ALEX G. TSE (CSBN 152348)
   Chief, Civil Division
3  MARK R. CONRAD (CSBN 255667)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7025
6       Fax: (415) 436-6748
        mark.conrad@usdoj.gov
7
   Attorneys for Defendants
8

9  Scott J. Yundt (CSBN 242595)
   TRI-VALLEY CARES
10 2582 Old First Street
   Livermore, California 94550
11 Telephone: (925) 443-7148
   Fax: (925) 442-0177
12 Email: scott@trivalleycares.org

13 Attorney for Plaintiff

14
                      UNITED STATES DISTRICT COURT
15
                     NORTHERN DISTRICT OF CALIFORNIA
16
                            SAN FRANCISCO DIVISION
17

18
   TRI-VALLEY CARES,                  )  CASE NO. C 13-02596 EDL
19                                    )
        Plaintiff,                    )  **STIPULATION CONTINUING CASE**
20                                    )  **MANAGEMENT CONFERENCE AND**
      v.                              )  **FURTHER EXTENDING TIME FOR**
21                                    )  **FEDERAL DEFENDANTS TO**
   UNITED STATES DEPARTMENT OF        )  **RESPOND TO COMPLAINT**
22 ENERGY, et al.,                    )  AS MODIFIED
                                      )
23      Defendants.                   )
                                      )
24

25

26

27

28

STIP RE CMC AND TIME TO RESPOND TO COMPL
Case No. C 13-02596 EDL

1     WHEREAS, on June 7, 2013, Plaintiff Tri-Valley CARES ("Plaintiff") filed its complaint in the above-captioned matter against Defendant United States Department of Energy ("DOE") and Defendant National Nuclear Security Administration ("NNSA") in connection with alleged violations of the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *see* Dkt. No. 1;

    WHEREAS, since the filing of the Complaint on June 7, 2013, Defendants have produced documents in response to each of the FOIA requests referenced in the Complaint and are continuing to review, redact, and produce documents in response to certain of these requests;

    WHEREAS, undersigned counsel for Plaintiff and Defendants have engaged and continue to engage in ongoing meet-and-confer discussions about Defendants' responses to the FOIA requests and are seeking to minimize the issues that will need to be decided by the Court;

    WHEREAS, in light of these meet-and-confer efforts, the parties have previously stipulated to extend the deadline for Defendants to respond to the Complaint in this matter, and Defendants have not yet answered the Complaint, *see* Dkt. Nos. 11, 14, 17, 18, 20;

    WHEREAS, the parties anticipate that a brief additional continuance would be productive to allow them to meet and confer about issues that remain with respect to one of the FOIA requests as to which Defendants have not yet provided a final response and to discuss any concerns that Plaintiff may have with respect to the four FOIA requests as to which Defendant have now issued a final response;

    NOW, THEREFORE, pursuant to Civil L.R. 6-1(a), Plaintiff and Defendants stipulate that the Case Management Conference scheduled for April, 1, 2014, shall be continued until April 22, 2014, at 10:00 a.m., and that the deadline for Defendants to respond to the Complaint in this matter shall be, and hereby is, extended until and including April 29, 2014.

    IT IS SO STIPULATED.

|  | Respectfully submitted, |
|---|---|
| DATED: March 19, 2014 | TRI-VALLEY CARES |
|  | */s/ Scott J. Yundt* |
|  | SCOTT J. YUNDT |
|  | Attorney for Plaintiff |

STIP RE CMC AND TIME TO RESPOND TO COMPL     - 1 -
Case No. C 13-2596 EDL

DATED: March 19, 2014

MELINDA HAAG
United States Attorney

*/s/ Mark R. Conrad*
MARK R. CONRAD
Assistant United States Attorney

Pursuant to the stipulation of the parties, the Case Management Conference scheduled in this matter for April 1, 2014, at 10:00 a.m. is hereby CONTINUED until ~~April 22, 2014~~ May 6, 2014, at 10:00 a.m. The deadline for Defendants to respond to the Complaint is EXTENDED until and including April 29, 2014.

**IT IS SO ORDERED.**

DATED: March 20, 2014

_____
HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

STIP RE CMC AND TIME TO RESPOND TO COMPL     - 2 -
Case No. C 13-2596 EDL